

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 1:16-CR-214 |
| | : | |
| v. | : | (Chief Judge Conner) |
| | : | |
| MOHAMMED RIZK, | : | |
| | : | |
| Defendant | : | |

**FILED**
HARRISBURG, PA

AUG 2 4 2017

Peter Welsh
Per _____, CLERK

## VERDICT FORM

**Count 1**

1.  On the charge of wire fraud against defendant Mohammed Rizk, what is your verdict?

    ✓ Guilty              _____ Not Guilty

    *Proceed to Count 2.*

**Count 2**

2.  On the charge of theft of government money or property in excess of $1,000 against defendant Mohammed Rizk, what is your verdict?

    ✓ Guilty              _____ Not Guilty

    *Proceed to Count 3.*

**Count 3**

3.  On the charge of converting payments under the Social Security Retirement, Survivors, Disability Insurance Program intended for others to his own use against defendant Mohammed Rizk, what is your verdict?

    ✓ Guilty              _____ Not Guilty

    *Proceed to Count 4.*

### Count 4

4.   On the charge of making a false statement or representation in an application for benefits under the Social Security Retirement, Survivors, Disability Insurance Program against defendant Mohammed Rizk, what is your verdict?

_____ Guilty                    _____ Not Guilty

*Proceed to Final Instructions.*

## FINAL INSTRUCTIONS

You have completed the verdict form.  Have your foreperson date and sign the form below and seal it in the envelope provided.  Then, inform the bailiff that you have reached a unanimous verdict.

Do not give the envelope to the bailiff.  Your foreperson should retain it until it is requested by the judge when court reconvenes.

JURY FOREPERSON

Dated:  *August 24, 2017*