IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CR. NO. 1:16-CR-214 |
| v. | : | (Chief Judge Conner) |
| MOHAMMED RIZK, Defendant. | : | |

## FINAL ORDER OF FORFEITURE

Upon the proceedings had heretofore and the Motion of the United States of America, the Court finds:

A Preliminary Order of Forfeiture was entered on January 24, 2018, ordering the defendant to forfeit:

    a. $123,256.65 in United States Currency that the defendant personally obtained through wire fraud in violation of 18 U.S.C. § 1343 and theft of public money in violation of 18 U.S.C. § 641.

Because the defendant dissipated the above-described proceeds derived from his criminal violations, the United States may seek, as a substitute asset pursuant to 21 U.S.C. § 853(p), forfeiture of any of the defendant's property up to the value of $123,256.65 in United States Currency.

Pursuant to Rule 32.2(b)(6)(C) & (c)(1), since the United States only seeks forfeiture of the proceeds of the crimes, service and publishing of the Preliminary Order of Forfeiture were not required.

NOW, THEREFORE, upon motion of the United States of America for Final Order of Forfeiture, it is hereby ORDERED that:

(1) forfeiture of the defendant's interest in the above proceeds has become final, made part of the sentence, and included in the judgment;

(2) The United States is entitled to its costs herein;

(3) The United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and

(4) The Clerk is hereby directed to send attested copies of this Order to all counsel of record.

Dated this 20th day of November, 2018.

/s/ Christopher C. Conner
CHRISTOPHER C. CONNER
CHIEF JUDGE