AO 442 (Rev. 11/11) Arrest Warrant



# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. 1:16-cr-00214-CCC-1 |
| Mohammed Rizk | ) |
| | ) |
| | ) |
| *Defendant* | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Mohammed Rizk                                                                                            ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☑ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Violations of Conditions of Supervised Release, see attached Petition

REC'D USMS M/PA HBG
'22 MAY 23 9:23

FILED
HARRISBURG, PA
MAY 26 2022
PER _____ DEPUTY CLERK

Date:   05/20/2022                                                 s/ Kevin J. Neary
                                                                   *Issuing officer's signature*

City and state:   Harrisburg, PA                                   Kevin J. Neary, Deputy Clerk
                                                                   *Printed name and title*

### Return

This warrant was received on *(date)*  05/28/2022 , and the person was arrested on *(date)*  05/25/2022
at *(city and state)*  Harrisburg, PA             .

Date:  5/25/2022                                                   _____
                                                                   *Arresting officer's signature*

                                                                   S. Alexander, DUSM
                                                                   *Printed name and title*